IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | 2:25cv912 RJC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER, | ) | |
| GEORGE SNYDER, | ) | |
| KASH SNYDER, | ) | |
| J ALLEN ROTH, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Shanni Snyder, certify that I served a copy of the Notice of Removal upon the following parties on July 1, 2025:

1. Christine Biros:  *via ecf*

2. George Snyder, PO Box 15, Irwin PA  15642 via first class mail.

3. Kash Snyder, PO Box 111, Irwin PA  15642 via first class mail.

4. J Allen Roth, 1307 Ridge Avenue, Latrobe PA  15650 via first class mail.

    Respectfully submitted,

    */s/ Shanni Snyder*

    _____
    Shanni Snyder