IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTINE BIROS,

    Plaintiff,

  v.

SHANNI SNYDER, GEORGE SNYDER, KASH SNYDER, and J. ALLEN ROTH,

    Defendants.

No. 2:25-cv-00912

Judge Robert J. Colville

**JURY TRIAL DEMANDED**

## ORDER

AND NOW, this ____ day of _____, 2025 IT IS HEREBY ORDERED that the Motion of Plaintiff, Christine Biros, To Remand Action to the Court of Common Pleas of Westmoreland County, Pennsylvania [Doc. No. ___] is GRANTED and that the Clerk is directed to remand the record of this action to the to the Court of Common Pleas of Westmoreland County, Pennsylvania herewith.

_____